UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MARC REICHMANN,

                Plaintiff,

- against -

PRO PERFORMANCE SPORTS, LLC, MODELL'S N.Y. II, INC., MODELLS II, INC., MODELLS SPORTING GOODS, INC. and MODELL'S SPORTING GOODS #47,

                Defendants.
-----------------------------------------------------------------------X

**NOTICE OF PETITION FOR REMOVAL**

C O U N S E L O R S :

PLEASE TAKE NOTICE, that on October 16, 2007, the defendant, PRO PERFORMANCE SPORTS, LLC, filed in the United States District Court for the Southern District of New York, a petition for removal of the above-captioned action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York, a copy of which is annexed hereto.

Dated: Jericho, New York
      October 15, 2007

                                                      Yours, etc.

                                                      CATALANO GALLARDO
                                                       &PETROPOULOS, LLP

                                                       DOMINGO R. GALLARDO (DRG 4197)
                                                       Attorneys for Defendant
                                                       PRO PERFORMANCE SPORTS, LLC
                                                       100 Jericho Quadrangle, Suite 214
                                                       Jericho, New York 11753
                                                       (516) 931-1800
                                                       File No. 40-623

To:    The Law Firm of Allen L. Rothenberg
Attorney(s) for Plaintiff
MARC REICHMANN
450 Seventh Avenue – Eleventh Floor
New York, New York 10123
(212) 563-0100

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Clerk of the Court
Supreme Court, New York County
60 Centre Street
New York, New York
(Index No. 112256/07)