UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARC REICHMANN,

                Plaintiff,                           **RULE 7.1**
                                                                **STATEMENT**

- against -

PRO PERFORMANCE SPORTS, LLC, MODELL'S N.Y. II, INC.,
MODELLS II, INC., MODELLS SPORTING GOODS, INC. and
MODELL'S SPORTING GOODS #47,

                Defendants.
-------------------------------------------------------------------------X

**C O U N S E L O R S :**

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Pro Performance Sports, LLC, states that it is a privately held, limited liability company duly adjudged under the laws of the State of California, having its principal place of business in California, and certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: Jericho, New York
       October 15, 2007

                                                    Yours, etc.

                                                    CATALANO GALLARDO
                                                       &PETROPOULOS, LLP

                                                    DOMINGO R. GALLARDO (DRG 4197)
                                                     Attorneys for Defendant
                                                     PRO PERFORMANCE SPORTS, LLC
                                                     100 Jericho Quadrangle, Suite 214
                                                     Jericho, New York 11753
                                                     (516) 931-1800
                                                     File No. 40-623

To:  The Law Firm of Allen L. Rothenberg
Attorney(s) for Plaintiff
MARC REICHMANN
450 Seventh Avenue – Eleventh Floor
New York, New York 10123
(212) 563-0100

Clerk of the Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Clerk of the Court
Supreme Court, New York County
60 Centre Street
New York, New York
(Index No. 112256/07)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS:
COUNTY OF NASSAU )

**PATRICIA NUGENT**, being duly sworn, deposes and says that deponent is over 18 years of age, resides in Suffolk County, New York and deponent is not a party to the action.

That on the 15th day of October, 2007 deponent served the within **RULE 7.1 STATEMENT** upon:

The Law Firm of Allen L. Rothenberg
Attorney(s) for Plaintiff
MARC REICHMANN
450 Seventh Avenue – Eleventh Floor
New York, New York 10123
(212) 563-0100

Clerk of the Court
Supreme Court , New York County
60 Centre Street
New York, New York
(Index No. 112256/07)

the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, to its last known place of business, in an official depository of the United States Postal Service in New York State.

_____
**PATRICIA NUGENT**

Sworn to before me this
15th day of October, 2007

_____
Notary Public

James P. Connors
Notary Public – State of New York
No. 02CO6102440
Qualified in Nassau County
My Commission Expires Dec. 8, 2007

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NASSAU     )

**PATRICIA NUGENT**, being duly sworn, deposes and says that deponent is over 18 years of age, resides in Suffolk County, New York and deponent is not a party to the action.

That on the 17th day of October, 2007 deponent served the within **RULE 7.1 STATEMENT** upon:

Modell's NY II, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, Delaware

the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, to its last known place of business, in an official depository of the United States Postal Service in New York State.

_____
**PATRICIA NUGENT**

Sworn to before me this
17th day of October, 2007

_____
Notary Public

James P. Connors
Notary Public – State of New York
No. 02CO6102440
Qualified in Nassau County
My Commission Expires Dec. 8, 2007