UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARC REICHMANN,

              Plaintiff,

    - against -

PRO PERFORMANCE SPORTS, LLC, MODELL'S N.Y. II, INC.,
MODELLS II, INC., MODELLS SPORTING GOODS, INC. and
MODELL'S SPORTING GOODS #47,

              Defendants.
-------------------------------------------------------------------------X

**PETITION FOR REMOVAL**

    PETITIONER, PRO PERFORMANCE SPORTS, LLC, constituting the defendant in the above-entitled action, by their attorneys, Catalano Gallardo & Petropoulos, LLP, state:

    1.    Petitioner, PRO PERFORMANCE SPORTS, LLC is a limited liability company organized and existing under and by virtue of the laws of the State of California, having its principal place of business in the State of California.

    2.    Upon information and belief Modell's Sporting Goods, Inc. and Modell's N.Y. II, Inc. are corporate entities existing under the laws of the State of Delaware and transacting business in several states in the United States.

    3.    Plaintiff is a resident of the State of New York.

4. This action has been commenced by the above-named plaintiff against petitioner in the Supreme Court of the State of New York, New York County. This is a civil action, wherein the plaintiff seeks recovery of damages sustained *inter alia*, as a result of the alleged negligence of the defendants.

5. Petitioner states that upon information and belief, that the respondent claimant will claim that the amount in dispute in this action exceeds the sum of $75,000 exclusive of interests and costs; that this is an action of a civil nature of which the United States District Court has original jurisdiction by reason of the diversity of citizenship of the parties pursuant to 28 U.S.C. 1332. It appears from the plaintiff's Summons and Complaint, a copy of which is annexed hereto as Exhibit "A", that the plaintiff's claims are subject to removal by reason of the diversity of citizenship of the parties. At the time of the service of the Summons and Complaint, petitioner, PRO PERFORMANCE SPORTS, LLC, was organized under the laws of California and MODELL'S N.Y. II, INC.; MODELL'S II, INC.; MODELL'S SPORTING GOODS, INC. were organized under the laws of the State of Delaware. The plaintiff has represented that he is a resident of the State of New York within the jurisdiction of the United District Court for the Southern District of New York.

6. Petitioners further allege that the plaintiff's Summons and Complaint was received by the defendants no more than 30 days prior to the date of this petition and that the time has not elapsed within which the petitioner is permitted to file this petition for removal of the action to this Court.

**WHEREFORE**, petitioner prays that this case be removed to the United States District Court of the Southern District of New York.

Dated: Jericho, New York
October 15, 2007

Respectfully submitted,

CATALANO GALLARDO
& PETROPOULOS, LLP

By: _____
Domingo R. Gallardo (DRG 4197)
Attorney(s) for Defendant
PRO PERFORMANCE SPORTS, LLC
100 Jericho Quadrangle, Suite 214
Jericho, New York 11753
(516) 931-1800
File No. 40-623

To:   The Law Firm of Allen L. Rothenberg
      Attorney(s) for Plaintiff
      MARC REICHMANN
      450 Seventh Avenue – Eleventh Floor
      New York, New York 10123
      (212) 563-0100

      Clerk of the Court
      United States District Court
      Southern District of New York
      United States Courthouse
      500 Pearl Street
      New York, New York 10007

      Clerk of the Court
      Supreme Court, New York County
      60 Centre Street
      New York, New York
      (Index No. 112256/07