UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC REICHMANN,<br><br>                              Plaintiff,<br><br>-against-<br><br>PRO PERFORMANCE SPORTS, LLC, MODELL'S N.Y. II, INC. MODELL'S II, INC., MODELL'S SPORTING GOODS, INC. and MODELL'S SPORTING GOODS #47,<br><br>                              Defendants. | DEMAND FOR TRIAL BY JURY<br><br>Docket No.: **07 CIV 9300 (BSJ) (GWG)** |

SIR(S):

PLEASE TAKE NOTICE, that Plaintiff hereby demands a trial by jury in the above-captioned action.

Dated: New York, New York
        October 31, 2007

                              Yours, etc.,
                              THE LAW FIRM OF ALLEN L. ROTHENBERG

                              By: _____
                                   BRADLEY S. HAMES, ESQ. (BSH2079)
                              Attorneys for Plaintiff
                              MARC REICHMANN 450 Seventh Avenue - 11th Floor
                              New York, New York 10123
                              212-563-0100

TO:
CATALANO GALLARDO & PETROPOULOS LLP
Attorneys for Defendant
PRO PERFORMANCE SPORTS, LLC
100 Jericho Quadrangle – Suite 214
Jericho, New York 11753
(516) 931-1800
File No.: 40-623

MODELL'S N.Y. II, INC.
498 Seventh Avenue – 20th Floor
New York, New York 10018

MODELL'S II, INC.
498 Seventh Avenue – 20th Floor
New York, New York 10018

MODELL'S SPORTING GOODS, INC.
498 Seventh Avenue -20th Floor
New York, New York 10018

MODELL'S SPORTING GOODS #47
110 Rockland Plaza
Nanuet, New York 10954

# AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
COUNTY OF NEW YORK  )   SS:

DIANA SARMIENTO, being duly sworn, deposes and says:
I am not a party to the action; am over eighteen (18) years of age and I reside in Hudson County, New Jersey.

**On October 31, 2007, I served the within**

***DEMAND FOR TRIAL BY JURY***

**upon:**

CATALANO GALLARDO & PETROPOULOS LLP
Attorneys for Defendant
PRO PERFORMANCE SPORTS, LLC
100 Jericho Quadrangle – Suite 214
Jericho, New York 11753

MODELL'S N.Y. II, INC.
498 Seventh Avenue – 20th Floor
New York, New York 10018

MODELL'S II, INC.
498 Seventh Avenue – 20th Floor
New York, New York 10018

MODELL'S SPORTING GOODS, INC.
498 Seventh Avenue – 20th Floor
New York, New York 10018

MODELL'S SPORTING GOODS #47
110 Rockland Plaza
Nanuet, New York 10954

this being the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository mailbox maintained at 450 Seventh Avenue, New York, New York 10123 under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DIANA SARMIENTO

Sworn to before me this
31st day of October, 2007

_____
Notary Public

MICHELLE M. EDERY
Notary Public, State of New York
No. 01ED6157067
Qualified in Kings County
Commission Expires December 4, 2010

Docket No.: 07 CIV 9300        (BSJ)        (GWG)

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC REICHMANN,

                                                            Plaintiff,

-against-

PRO PERFORMANCE SPORTS, LLC, MODELL'S N.Y. II, INC. MODELL'S II, INC., MODELL'S SPORTING GOODS, INC. and MODELL'S SPORTING GOODS #47,

                                                            Defendants.

---

### DEMAND FOR TRIAL BY JURY

---

**THE LAW FIRM OF ALLEN L. ROTHENBERG**
Attorney for Plaintiff
MARC REICHMANN
450 Seventh Avenue – Eleventh Floor
New York, New York 10123
212-563-0100
*"WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"*

---

*Service of a copy of the within*                                                        *is hereby admitted*
*Dated:*

                                                                  *Attorney(s) for*

PLEASE TAKE NOTICE
____ NOTICE OF ENTRY
      That the within is a (certified) true copy of an ORDER entered in the office of the Clerk of the within named court
      on

____ NOTICE OF SETTLEMENT
      That an ORDER of which the within is a true copy will be presented for settlement to the Hon.
      One of the judges of the within named court, at the courthouse located at             New York,
      on        , 2002, at 10:00 A.M.
Dated: New York, New York

                                                      **THE LAW FIRM OF ALLEN L. ROTHENBERG**
                                                                     Attorney for Plaintiff
                                                          450 Seventh Avenue - Eleventh Floor
                                                                       New York, New York 10123
                                                                            212-563-0100