UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARC REICHMANN,

                              Plaintiff,

- against -

PRO PERFORMANCE SPORTS, LLC,
MODELL'S N.Y. II, INC., MODELLS II, INC.,
MODELLS SPORTING GOODS, INC. and
MODELL'S SPORTING GOODS #47,

                              Defendants.

------------------------------------------------------------X

Docket No.:
**07 CIV 9300**
(BSJ) (GWG)

**ORDER**

       Plaintiff, MARC REICHMANN and defendant PRO PERFORMANCE SPORTS, LLC, by their respective attorneys, have stipulated to remand this action to the New York State Supreme Court, County of New York. The parties agree that complete diversity of citizenship does not exist because at least one of the defendants has a principal place of business in New York State. Accordingly, it is:

       **ORDERED,** that this action shall be remanded to the New York State Supreme Court, and it is further,

       **ORDERED** that a certified copy of this Order of Remand shall be mailed by the Clerk of the United States District Court, Southern District of New York, to the Clerk of the New York State Supreme Court, County of New York.

ENTERED:

_____
Judge Barbara S. Jones
11/14/07