UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**07 CV 9300   ECF**

Reichmann v. Pro Performance Sports, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9300 (BSJ)(GWG)

-----------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
          11/13/07

_____
United States District Judge